```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                          2:03-cr-112-FtM-29SPC

CLAYTON MACK RHODES
_____

## OPINION AND ORDER

This matter comes before the Court on defendant's *pro se* Motion For Modification of Sentence Pursuant to Title 18 U.S.C. §§ 741 & 750 Retroactive Crack Cocain Amendment's That Reduced Penalties under 2D1.1(c) (Doc. #58) filed on July 8, 2013.  Because the Federal Public Defender had previously been appointed to represent defendant on such a matter (Doc. #54), the Court directed the Federal Public Defender to file a supplemental memorandum. That supplemental memorandum (Doc. #63) was filed on July 31, 2013.

Defendant was convicted of possession with intent to sell five grams or more of cocaine base, and was sentenced to 188 months imprisonment based upon his status as a career offender.  Having been sentenced as a career offender, defendant is not eligible for a reduction or modification of sentence under either of the Amendments, and the court lacks jurisdiction under 18 U.S.C. § 3582(c)(2).  United States v. Lawson, 686 F.3d 1317 (11th Cir. 2012), cert. denied, 133 S. Ct. 568 (2012); United States v. Moore, 541 F.3d 1323 (11th Cir. 2008).

Accordingly, it is now

**ORDERED**:

Defendant's Motion For Modification of Sentence Pursuant to Title 18 U.S.C. 741 & 750 Retroactive Crack Cocain Amendment's That Reduced Penalties under 2D1.1(c) (Doc. #58) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of August, 2013.

```
                                 _____
                                 JOHN E. STEELE
                                 United States District Judge
```

Copies:
Counsel of Record
Clayton Rhodes